### SALLIE RILEY v. CINCINNATI TRAC. CO.

PASSENGER ALIGHTING ON PLATFORM AND STEPPING INTO VISIBLE HOLE MAY NOT RECOVER FOR INJURIES.

One who receives injuries from stepping from a street car into a hole in a platform provided by the company for passengers may not recover, where the defect is visible and nothing appears by which his attention was diverted. *Conneaut (Vil.)* v. *Neff*, 54 Ohio St. 529, followed.

[Syllabus approved by the court.]

ERROR to Hamilton common pleas court.

**J. T. Harrison,** for plaintiff in error.

**Kittredge & Wilby,** for defendant in error.

### PER CURIAM.

The plaintiff was a passenger upon one of the defendant's street cars which had stopped at the terminus of the line, when she alighted upon a wooden platform provided for passengers, and stepped into a hole in the platform, six by twenty inches in size, and about two feet from the running board of the summer car, whereby she was thrown to the platform and injured.

The defect in the platform was plainly visible and there was no circumstance or condition which would divert her attention, but she heedlessly and carelessly stepped into the hole. The facts in the case bring it within the principle announced in the case of *Conneaut (Vil.)* v. *Neff*, 54 Ohio St. 529 [44 N. E. Rep. 236], and the court properly instructed the jury to return a verdict for the defendant.

Judgment affirmed.